IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. OSER,<br>　　　Petitioner<br><br>v.<br><br>DIRECTOR CHARLES SAMUELS, et al.,<br>　　　Respondents | CIVIL NO. 3:13-CV-1017<br><br>(JUDGE NEALON)<br>(MAGISTRATE JUDGE SCHWAB) |

## ORDER

**NOW**, THIS 20th DAY OF JUNE, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 7), is **ADOPTED**;

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED without prejudice**;

3. Petitioner's motion for leave to proceed in forma pauperis, (Doc. 4), is **GRANTED**;

4. Petitioner's objections to the R&R, (Doc. 8), are **OVERRULED**;

5. The Clerk of Courts is directed to **CLOSE** this case; and

6. Any appeal will be frivolous, without probable cause, and not taken in good faith.

_____
**United States District Judge**